IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORRAINE COOK, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>THE HUGHSTON CLINIC, P.C., *et al.*, )<br>)<br>   Defendants. ) | CIVIL ACT. NO.  3:14cv296-WKW<br>(WO) |

**O R D E R**

Now pending before the court is the defendants' notice of conflict which the court construes as a motion to reschedule and motion to stay application of deposition deadline (doc. # 46) filed on January 8, 2015.  Upon consideration of the motions, and for good cause, it is

ORDERED that the motion to reschedule (doc. # 46) be and is hereby GRANTED and oral argument on the motion to strike presently set for January 27, 2015 be and is hereby RESET for **January 22, 2015**, **at 2:00 p.m.** in Courtroom 4B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, 1 Church Street, Montgomery, Alabama.  It is further

ORDERED that the motion to stay be and is hereby GRANTED.

Done this 8th day of January, 2015.

                /s/Charles S. Coody             
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE